STATE OF MINNESOTA    )           Case No. 25-mj-857 (DTS)
                    ) ss.    AFFIDAVIT OF DYLAN ORDORFF
COUNTY OF HENNEPIN    )

I, Dylan Ordorff, being duly sworn, state the following:

1.   I am a Special Agent with the Minnesota Bureau of Criminal Apprehension ("BCA") and have been employed by the BCA since July 2024. I am currently assigned as a Task Force Officer ("TFO") with the United States Drug Enforcement Administration ("DEA"). I have been a sworn police officer since 2016. In my capacity as a TFO with the DEA my responsibilities include conducting criminal investigations of individuals for possible violations of federal laws, including drug trafficking and firearms violations. I have participated in numerous such investigations and participated in the arrests of numerous defendants for drug and firearms offenses.

2.   This affidavit is made in support of a criminal complaint and arrest warrant charging Dean Wade Guenthner with possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

3.   The facts and information contained in this affidavit are based upon my personal knowledge and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4.    On October 7, 2025, investigators executed a search warrant at the apartment of Dean Wade Guenthner on the 1400 block of Sixth Street in Northeast Minneapolis, Minnesota. Before the search warrant was executed, surveillance officers saw Guenthner and a woman leave the area in a vehicle. The following is some of the evidence found during the search: (1) several bags of cash found throughout the apartment totaling approximately $85,000 in United States currency; (2) approximately 264 grams of suspected fentanyl, 203 grams of suspected cocaine, 22 grams of suspected cocaine, and three firearms seized from a "hideaway" side table; and (3) approximately one kilogram of suspected methamphetamine (which field-tested positive for the presence of methamphetamine) seized from a locked toolbox in the south bedroom of the apartment. The key to the toolbox was found on a magnet attached to the kitchen dishwasher.

5.    Investigators also found numerous documents and records in the apartment bearing Guenthner's name. From the clothing found in the apartment, it appeared as if an adult male lived there. The property owner confirmed that Guenthner was the sole occupant of the apartment and that he had lived there for approximately six months. A laboratory report from the BCA reflects that a DNA mixture was found on some of the wrapping materials for the suspected methamphetamine and that the major male DNA profile matches Dean Wade Guenthner. Based upon my experience and training, I know that one kilogram of methamphetamine is an amount consistent with distribution and not for personnel use.

6.    Based on the foregoing, there is probable cause to believe that on or about October 7, 2025, Dean Wade Guenthner did unlawfully, knowingly and intentionally

possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

12/17/25

Dylan Ordorff
Task Force Officer, DEA

Subscribed and Sworn before me by
reliable electronic means via FaceTime and
e-mail pursuant to Fed. R. Crim. P. 41(d)(3)
this ___17th___ day of December, 2025.

David T. Schultz
United States Magistrate Judge

3