UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-857 DTS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              **NOTICE OF SUBSTITUTION**

DEAN WADE GUENTHNER,

Defendant.


Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Syngen Kanassatega


Remove AUSA

Thomas M. Hollenhorst


Dated: January 16, 2026                    Respectfully submitted,

                                           DANIEL N. ROSEN
                                           United States Attorney

                                           *s/Thomas M. Hollenhorst*
                                    BY:    THOMAS M. HOLLENHORST
                                           Assistant U.S. Attorney