UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-857 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION |
| DEAN WADE GUENTHNER, | ) |
| Defendant. | ) |

This matter came before the Court for a preliminary and detention hearing on January 13, 2026. The defendant, Dean Wade Guenthner, was present and represented by Thomas Shiah, Esq. The United States was represented by Assistant United States Attorney Lauren Roso and Special Assistant United States Attorney Jeanne Semivan. For the reasons discussed below, the Court grants the government's motion for detention.

### FINDINGS OF FACT

1. On December 17, 2025, Mr. Guenthner was charged in a Criminal Complaint with possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Doc. 1. This is a Controlled Substance Act offense which carries a maximum term of life imprisonment. *See* 21 U.S.C. § 841(b)(1)(A).

2. Mr. Guenthner has an extensive criminal record, is alleged to have committed the instant offense while on supervised release for a federal conviction, and is currently in custody for a related state charge.

3. Mr. Guenthner waived both the preliminary and detention hearings but reserved the right to move to reopen the detention hearing if circumstances change.

## CONCLUSIONS OF LAW

1. Because Mr. Guenthner is charged with an offense under the Controlled Substances Act which carries a maximum term of imprisonment of 10 years or more, this creates a rebuttable presumption that no condition or combination of conditions will reasonably ensure Mr. Guenthner's appearance in court and the safety of the community. *See* 18 U.S.C. § 3142(e)(3).

2. After consideration of the factors under 18 U.S.C. § 3142(g), the presumption of detention, the matters contained within the pretrial service report, and Mr. Guenthner's waiver of the detention hearing, the Court concludes by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure Mr. Guenthner's appearance at further Court proceedings, and by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community if Mr. Guenthner is released pending trial.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention is granted;

2. Mr. Guenthner is committed to the custody of the Attorney General;

3. Mr. Guenthner shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Mr. Guenthner is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: January 15, 2026

                                             *s/Douglas L. Micko*
                                             Douglas L. Micko
                                             United States Magistrate Judge